# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANIA TOLLIVER

VERSUS

TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR MANUFACTURING
KENTUCKY, INC., TOYOTA MOTOR
NORTH AMERICAN, INC., TOYOTA
MOTOR SALES, USA, INC.,
TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA,
INC., PRICE LEBLANC PREMIUM,
LC, AND BENNET J. TRICHE

NO.　2024 CW 1127

**DECEMBER 6, 2024**

---

In Re:　Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Manufacturing Kentucky, Inc., Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 716338.

---

**BEFORE:　WOLFE, MILLER, AND GREENE, JJ.**

　　**WRIT DISMISSED.** Relators have filed a motion to dismiss this writ application, representing that this matter has been settled and requesting that this writ application be dismissed in its entirety. Accordingly, this writ is dismissed.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT